# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**RONALD A. BIBACE,**
Appellant,

v.

**JEFFREY M. AXELSON,**
Appellee.

No. 4D2024-1690

[January 8, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michael A. Robinson, Judge; L.T. Case No. CACE19014803.

Robert E. Menje of Robert E. Menje, PLLC, Okeechobee, for appellant.

Michael A. Rosenberg, Craig Minko, W. Taylor Loe, and Jenna M. Updike of Cole, Scott & Kissane, P.A., Plantation, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., CONNER and SHAW, JJ., concur.

* * *

***Not final until disposition of timely-filed motion for rehearing.***